STATE of Missouri, Respondent,

v.

Vernon TRICE, Appellant.

No. WD 52777.

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Betsy Iverson, Kansas City, for Appellant.

Jennifer Mettler, Kansas City, Respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Vernon Trice was convicted by a jury of the class A misdemeanor of violating an order of protection prohibiting him from stalking Crystal Brown. Section 455.085, RSMo 1994. Defendant was sentenced to one year in the county jail. Affirmed. Rule 30.25(b) V.A.M.R.